IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                  CASE NO.: 3:18-cr-00160-DPJ-LRA

DOMINQUE DERON DONERSON                                              DEFENDANT

**SECOND UNOPPOSED MOTION TO CONTINUE**

COMES NOW, Defendant Dominique Donerson, by and through counsel, and files this Unopposed Motion to Continue the trial of this case. The undersigned needs additional time to adequately prepare his defense to the charges in the Indictment. Mr. Doerson does not move for the requested continuance to delay unnecessarily the instant proceedings, and no one would be prejudiced if this Court were to grant the relief Mr. Donerson seeks in this Motion. Mr. Donerson understands his rights to a speedy and public trial and hereby waives same in this motion. Moreover, a continuance of this cause would be in the best interest of justice. The undersigned has met with Assistant United States Attorney Keesha Middleton, counsel for the Government concerning this matter. I can confirm that Ms. Middleton does not oppose the instant Motion.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Donerson respectfully requests this Court enter an order continuing this cause.

Respectfully submitted, this the 12th day of December, 2018.

**DIAMONTE DERON SCOTT**

*/s/Gerald A. Mumford*
**Gerald A. Mumford, MSB # 101902**
**On behalf of Dominique Deron Scott**

OF COUNSEL:

THE MUMFORD LAW FIRM, PLLC
820 North Street
Post Office Box 683
Jackson, Mississippi 39205
Telephone:601.398.2347
Facsimile: 888.801.9389
Email: gmumfordlaw@gmail.com

## CERTIFICATE OF SERVICE

I, GERALD A. MUMFORD, of The Mumford Law Firm, PLLC, counsel for **DIAMONTE DERON SCOTT**, do hereby certify that I have this date electronically filed the above and foregoing Motion for Continuance with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**SO CERTIFIED** this12th day of December, 2018.

/s/Gerald A. Mumford

## CERTIFICATE OF CONFERENCE

I, Gerald A. Mumford, do hereby certify that I have this day conferred in good faith with opposing counsel regarding the instant Unopposed Motion to Continue. Assistant United States Attorney Keesha Middleton, the attorney of record for the Government in this cause, states that the Government does not oppose the relief the Accused seeks herein.

**SO CERTIFIED**, this the 12th day of December, 2018.

/s/Gerald A. Mumford